**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CONSUELO MARQUEZ appearing as the Substituted Party for MARISSA MCCLENDON, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. CV 18-628-E<br><br><br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: October 15, 2018.

                                              /s/
                                  CHARLES F. EICK
                UNITED STATES MAGISTRATE JUDGE